■ In the Matter of CRAIG HICKCOX, Appellant, v WILLIAM COLLINS et al., Respondents. [643 NYS2d 1014]

O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.